Connor L. Cantrell, Esq. (#15319)
Jordan M. Quick, Esq. (#16719)
The Hustead Law Firm, A Professional Corporation
4643 S. Ulster Street, Suite 1250
Denver, CO  80237
Ph. 303-721-5000
Fax 303-721-5001
Email:  clc@thlf.com; jmq@thlf.com
*Attorneys for Owners Insurance Company*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| TOWN & COUNTRY INN, INC., a Utah corporation,<br><br>**Plaintiff**,<br><br>v.<br><br>OWNERS INSURANCE COMPANY,<br><br>**Defendant**. | **DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1446**<br><br>**Case No.:**<br><br>**Judge:** |

Defendant, Owners Insurance Company ("Owners"), through its undersigned counsel, The Hustead Law Firm, A Professional Corporation, and pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully petitions this Court for removal of the within action from the Fifth Judicial District Court for Iron County, Utah, Case Number 240500022, to the United States District Court for the District of Utah.  As grounds for removal of this matter, Owners states as follows:

1.      This matter is removable under 28 U.S.C. § 1441 because this Court has diversity jurisdiction pursuant to U.S.C. § 1332(a)(1).

2.      On or about February 7, 2024, Plaintiff filed a Complaint against Owners in the Fifth Judicial District Court for Iron County, Utah, Case Number 240500022, a copy of which is

attached hereto as **Exhibit 1**.  Plaintiff's original Complaint improperly identified "Auto-Owners Insurance Group" as the defendant, which is not the proper name for Owners.  *See* **Ex. 1** ¶ 2.

3.        On February 7, 2024, Plaintiff served the original Complaint upon Owners.  A copy of the Affidavit of Service is attached hereto as **Exhibit 2**.

4.        On February 27, 2024, Plaintiff filed an Amended Complaint (the "Amended Complaint"), a copy of which is attached hereto as **Exhibit 3**.  The Amended Complaint properly identified Owners as the correct defendant.  *Id.* at ¶ 2.  The undersigned counsel waived service for Owners on February 27, 2024, a copy of which is attached hereto as **Exhibit 4**.

5.        The Amended Complaint alleges claims for: 1) breach of contract; and 2) breach of the implied duty of good faith and fair dealing against Owners.  *See* **Ex. 3** ¶¶ 9-12.

6.        Without admitting any of the facts therein, the Amended Complaint generally alleges that Plaintiff submitted a claim to Owners for damage to its commercial property located in Cedar City.  The Amended Complaint alleges that Owners improperly investigated Plaintiff's claim and failed to remit sufficient payment(s) for the value of Plaintiffs' claim.  *See generally*, **Ex. 3**.

7.        The Amended Complaint alleges that Plaintiff is a Utah corporation with its principal place of business at 50 W. 200 N., Cedar City, Utah 84720.  *See* **Ex. 3** ¶ 1.  Additionally, the Amended Complaint alleges that Owners is an Ohio company with its principal place of business in Michigan.  *Id.* ¶ 2.  Indeed, Owners is an Ohio corporation with its principal place of business located 6101 Anacapri Blvd., Lansing, Michigan 48917.  A copy of the Ohio Department of Insurance page for Owners is attached hereto as **Exhibit 5**.

8.        The Amended Complaint seeks a monetary judgment against Owners in an amount "not less than $770,000" exclusive of interest and costs.  *See* **Ex. 3** ¶ 68.  The Amended Complaint

seeks various other types of damages, including non-economic, and consequential damages, as well as attorneys' fees, costs, and interest. *Id.* at ¶¶ A-I.

9.      Considering the foregoing, the amount in controversy exceeds the sum of $75,000 and is between citizens of different states as that term is defined in 28 U.S.C. § 1332. Thus, this Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a)(1), and the matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

10.      This Notice of Removal is timely in that it has been filed within thirty (30) days of the date on which Owners first received a copy of Plaintiff's initial pleading; here, the original Complaint. *See* 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.")

11.      Pursuant to DUCivR 81-2(a)(1)(C) and 28 U.S.C. § 1446(a), the undersigned certifies that a copy of all processes, pleadings, and orders served on Owners are being filed in this matter.   As required by DUCivR 81-2(b) and 28 U.S.C. § 1446(a), copies of the required documents are attached hereto as follows:

  a.      **Exhibit 3** – a copy of the operative Amended Complaint (exhibit omitted due to volume);

  b.      **Exhibit 6** – a current copy of the state court docket sheet;

  c.      **Exhibit 7** – a single attachment containing all pleadings, motions, orders, and other relevant filings, organized in chronological order by the state court filing date.

12.     Owners certifies that no motions are pending, and no hearings have been set in the state court action as of this date.

13.     A Civil Cover Sheet, Form JS-44, is attached hereto as **Exhibit 8**.

14.     Pursuant to Fed. R. Civ. P. 81(c), Owners will file a responsive pleading on or before the time prescribed therein, and specifically reserves the right to assert all defenses, including those defenses under Fed. R. Civ. P. 12(b).

15.     Undersigned certifies that copies of this Notice of Removal will be promptly filed with the Fifth Judicial District Court for Iron County, Utah, and have been provided to all adverse parties in this action.

WHEREFORE, Defendant Owners respectfully requests that the above-entitled action, now pending against it in the Fifth Judicial District Court for Iron County, Utah, be removed therefrom to this Court.

Respectfully submitted this_____ day of March, 2024.

The Hustead Law Firm
*A Professional Corporation*


_/s/_____

Connor L. Cantrell, Esq.
Jordan M. Quick, Esq.
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
Telephone: (303) 721-5000
clc@thlf.com; jmq@thlf.com
*Attorneys for Owners Insurance Company*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____day of March, 2024, I served a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1446** via the Court's filing system, and/or email, or United States mail, first-class, postage prepaid, and addressed to the following:

| | |
|---|---|
| Bryon Benevento, Esq.<br>Adam Buck, Esq.<br>Maryann Bauhs, Esq.<br>Dorsey & Whitney, LLP<br>111 S. Main Street, Suite 2100<br>Salt Lake City, Utah 84111<br>Phone: (801) 933-7360<br>Fax: (801) 933-7373<br>Benevento.bryon@dorsey.com<br>Buck.adam@dorsey.com<br>Bauhs.maryann@dorsey.com<br>*Counsel for Plaintiff* | |

*/s/*

_____
Jordan M. Quick, Esq.