Bryon Benevento (#05254)
Adam Buck (#12043)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
benevento.bryon@dorsey.com
buck.adam@dorsey.com
bauhs.maryann@dorsey.com

*Attorneys for Plaintiff*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION**

| | |
|---|---|
| TOWN & COUNTRY INN, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OWNERS INSURANCE COMPANY,<br><br>Defendant. | **NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTIONS**<br><br>Civil No. 4:24-cv-31-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The parties, through their undersigned counsel, notify the Court that a settlement has been reached in the above-captioned case. As such, the parties respectfully withdraw all pending motions and anticipate filing a stipulated dismissal within the next 30 days.

DATED this 13th day of February, 2025.

**DORSEY & WHITNEY LLP**

By: *_/s/ Maryann Bauhs_*
Bryon Benevento
Adam C. Buck
Maryann Bauhs

*Attorneys for Plaintiff*

**THE HUSTEAD LAW FIRM**

By: *_/s/ Connor L. Cantrell_*
Connor L. Cantrell (signed with permission via email)

*Attorneys for Defendant*