Bryon Benevento (#05254)
Adam Buck (#12043)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
benevento.bryon@dorsey.com
buck.adam@dorsey.com
bauhs.maryann@dorsey.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| Town & Country Inn, Inc.<br><br>　　　Plaintiff,<br><br>vs.<br><br>Owners Insurance Company<br><br>　　　Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 4:24-cv-31-DN-PK<br><br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

　　　The parties, through their undersigned counsel, hereby stipulate and move the Court to dismiss the above-captioned matter with prejudice under Fed. R. Civ. 41(a)(1)(A)(ii), without an award of fees and costs to any party.

DATED this 7th day of March, 2025.	**Dorsey & Whitney LLP**

By: */s/ Bryon Benevento*
Bryon Benevento
Attorneys for Plaintiff

**The Hustead Law Firm**

By: */s/ Connor L. Cantrell (signed with permission via email)*
Connor L. Cantrell
Attorneys for Defendant

4906-4979-1769\1